# EXHIBIT 1

# United States Patent Office

**755,453**
Registered Aug. 27, 1963

## PRINCIPAL REGISTER
## Trademark

Ser. No. 153,036, filed Sept. 12, 1962



William R. Weaver, doing business as W. R. Weaver Co.
1800 E. 1st St.
El Paso, Tex.

For: FIREARM TELESCOPE SIGHTS, MOUNTS, LENS CAPS, RETICULES THEREFOR, in CLASS 26.
First use Nov. 15, 1933, on telescope sights; in commerce Nov. 15, 1933.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,413,218
Registered Dec. 12, 2000

## TRADEMARK
PRINCIPAL REGISTER

### WEAVER CLASSIC

BLOUNT, INC. (DELAWARE CORPORATION)
4520 EXECUTIVE PARK DRIVE
MONTGOMERY, AL 36116

FOR: TELESCOPIC RIFLE SCOPES, SPOTTING SCOPES AND BINOCULARS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12–15–1999; IN COMMERCE 12–15–1999.

OWNER OF U.S. REG. NOS. 754,114, 755,453, AND 757,281.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLASSIC", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "WEAVER".

SN 75–758,698, FILED 7–23–1999.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,804,206**
**Registered June 15, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION)
7480 FLYING CLOUD DRIVE
MINNEAPOLIS, MN 55344

FOR: FIREARM SCOPES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

OWNER OF U.S. REG. NOS. 755,453, 2,413,218, AND OTHERS.

THE COLOR(S) GREEN, WHITE AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "WEAVER" IN THE COLOR WHITE, WITH THE LETTERS OUTLINED IN GOLD, ON A MOTTLED GREEN BACKGROUND, THE SHADING OF WHICH DEEPENS FROM THE AREA ABOVE THE WORD TO THE AREA BELOW THE WORD, ALL INSIDE A GOLD OVAL, OUTLINED IN GREEN.

SN 77-671,684, FILED 2-17-2009.

GRETCHEN ULRICH, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,887,019**
**Registered Dec. 7, 2010**

**Int. Cl.: 13**

**TRADEMARK**

**PRINCIPAL REGISTER**

ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION)
7480 FLYING CLOUD DRIVE
MINNEAPOLIS, MN 55344

FOR: ACCESSORIES FOR FIREARMS, NAMELY, RINGS, BASES AND MOUNTS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

OWNER OF U.S. REG. NOS. 755,453, 2,413,218, AND OTHERS.

THE COLOR(S) GREEN, WHITE AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "WEAVER" IN THE COLOR WHITE, WITH THE LETTERS OUTLINED IN GOLD, ON A MOTTLED GREEN BACKGROUND, THE SHADING OF WHICH DEEPENS FROM THE AREA ABOVE THE WORD TO THE AREA BELOW THE WORD, ALL INSIDE A GOLD OVAL, OUTLINED IN GREEN.

SN 77-671,682, FILED 2-17-2009.

GRETCHEN ULRICH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,005,031**

**Registered Aug. 2, 2011**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION)
7480 FLYING CLOUD DRIVE
MINNEAPOLIS, MN 55344

FOR: FIREARM HANDHELD GUNSMITH TOOLS, NAMELY, TORQUE WRENCH, STEEL PUNCHES, THREAD ADHESIVE FOR MOUNTING OPTICS; MODULAR LEVEL SYSTEM, NAMELY, GUN ATTACHMENT AND LEVEL FOR LEVELING OPTICS ON FIREARM; FIREARM GUNSMITHING TOOL KITS, COMPRISING DRIVER, BITS, LENGTHENING ATTACHMENT, PUNCHES, AND HAMMER; FIREARM GUNSMITH TOOL HOLDER, NAMELY, A MOUNTING CENTER FOR STABILIZING EQUIPMENT AND ORGANIZING TOOLS FOR GUNSMITHING, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

OWNER OF U.S. REG. NOS. 3,804,206, 3,804,208 AND OTHERS.

THE COLOR(S) GREEN, WHITE, AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "WEAVER" IN THE COLOR WHITE, WITH THE LETTERS OUTLINED IN GOLD, ON A MOTTLED GREEN BACKGROUND, THE SHADING OF WHICH DEEPENS FROM THE AREA ABOVE THE WORD TO THE AREA BELOW THE WORD, ALL INSIDE A GOLD OVAL OUTLINED IN GREEN.

SEC. 2(F).

SER. NO. 85-083,019, FILED 7-13-2010.

LOURDES AYALA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



# WEAVER

| | |
|---|---|
| **Reg. No. 4,005,032** | ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION) |
| | 7480 FLYING CLOUD DRIVE |
| **Registered Aug. 2, 2011** | MINNEAPOLIS, MN 55344 |
| **Int. Cl.: 8** | FOR: FIREARM HANDHELD GUNSMITH TOOLS, NAMELY, TORQUE WRENCH, STEEL PUNCHES, THREAD ADHESIVE FOR MOUNTING OPTICS; MODULAR LEVEL SYSTEM, NAMELY, GUN ATTACHMENT AND LEVEL FOR LEVELING OPTICS ON FIREARMS; |
| **TRADEMARK** | FIREARM GUNSMITHING TOOL KITS, COMPRISING DRIVER, BITS, LENGTHENING ATTACHMENT, PUNCHES, AND HAMMER; FIREARM GUNSMITH TOOL HOLDER, |
| **PRINCIPAL REGISTER** | NAMELY, A MOUNTING CENTER FOR STABILIZING EQUIPMENT AND ORGANIZING TOOLS FOR GUNSMITHING, IN CLASS 8 (U.S. CLS. 23, 28 AND 44). |

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,804,206, 3,804,207, AND 3,804,208.

SEC. 2(F).

SER. NO. 85-083,022, FILED 7-13-2010.

LOURDES AYALA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

  *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

  *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# WEAVER

| | |
|---|---|
| **Reg. No. 4,014,856** | ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION) <br> 7480 FLYING CLOUD DRIVE |
| **Registered Aug. 23, 2011** | MINNEAPOLIS, MN 55344 |
| **Int. Cl.: 13** | FOR: TACTICAL ACCESSORIES FOR FIREARMS, NAMELY, MODULAR EXTERNAL RAIL SYSTEMS FOR FIREARMS, RAIL MOUNTS FOR ATTACHING OPTICS, FLASHLIGHTS, LASERS, AND RED DOTS TO FIREARMS, RAIL ADAPTORS, RAIL COVERS, GRIPS, TRIGGER GUARDS, SLING MOUNTING RING, SLING ADAPTOR, SLING SWIVEL, BI-POD; FIREARM ACCESSORIES, NAMELY, RINGS, BASES, AND MOUNTS; SCOPE MOUNTING KITS COMPRISING OF SCOPE LEVELS, FIREARM THREAD ADHESIVE FOR MOUNTING OPTICS, TORQUE WRENCHES, BITS, AND LAPPING BARS, IN CLASS 13 (U.S. CLS. 2 AND 9). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 10-0-2008; IN COMMERCE 10-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,804,206, 3,804,208 AND OTHERS.

SEC. 2(F).

SER. NO. 85-082,314, FILED 7-12-2010.

LOURDES AYALA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



**Reg. No. 4,014,863**

**Registered Aug. 23, 2011**

**Int. Cl.: 13**

**TRADEMARK**

**PRINCIPAL REGISTER**



ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION)
7480 FLYING CLOUD DRIVE
MINNEAPOLIS, MN 55344

FOR: TACTICAL ACCESSORIES FOR FIREARMS, NAMELY, MODULAR EXTERNAL RAIL SYSTEMS FOR FIREARMS, RAIL MOUNTS FOR ATTACHING OPTICS, FLASHLIGHTS, LASERS, AND RED DOTS TO FIREARMS, RAIL ADAPTORS, RAIL COVERS, GRIPS, TRIGGER GUARDS, SLING MOUNTING RING, SLING ADAPTOR, SLING SWIVEL, BI-POD; FIREARM ACCESSORIES, NAMELY, RINGS, BASES, AND MOUNTS; SCOPE MOUNTING KITS COMPRISING OF SCOPE LEVELS, FIREARM THREAD ADHESIVE FOR MOUNTING OPTICS, TORQUE WRENCHES, BITS, AND LAPPING BARS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 10-0-2008; IN COMMERCE 10-0-2008.

OWNER OF U.S. REG. NOS. 3,804,206, 3,804,208 AND OTHERS.

THE COLOR(S) GREEN, WHITE, AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "WEAVER" IN THE COLOR WHITE, WITH THE LETTERS OUTLINED IN GOLD, ON A MOTTLED GREEN BACKGROUND, THE SHADING OF WHICH DEEPENS FROM THE AREA ABOVE THE WORD TO THE AREA BELOW THE WORD, ALL INSIDE A GOLD OVAL, OUTLINED IN GREEN.

SEC. 2(F).

SER. NO. 85-083,020, FILED 7-13-2010.

LOURDES AYALA, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online **at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# WEAVER

| | |
|---|---|
| **Reg. No. 4,075,960** | ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION) |
| **Registered Dec. 27, 2011** | 7480 FLYING CLOUD DRIVE<br>MINNEAPOLIS, MN 55344 |
| **Int. Cl.: 9** | FOR: TELESCOPIC GUN SIGHTS; FIREARM SCOPES; BINOCULARS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | FIRST USE 10-0-2008; IN COMMERCE 10-0-2008. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 3,804,206, 3,804,208 AND OTHERS. |
| | SEC. 2(F). |
| | SER. NO. 85-083,021, FILED 7-13-2010. |
| | LOURDES AYALA, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,078,916**  
**Registered Jan. 3, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION)  
7480 FLYING CLOUD DRIVE  
MINNEAPOLIS, MN 55344

FOR: TELESCOPIC OPTICAL GUN SIGHT; FIREARM SCOPES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

OWNER OF U.S. REG. NOS. 755,453, 757,281, AND 3,804,208.

THE COLOR(S) GREEN, GOLD AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE STIPPLING IS FOR SHADING PURPOSES.

THE MARK CONSISTS OF THE WORD "WEAVER" IN THE COLOR WHITE, WITH THE LETTERS OUTLINED IN GOLD, ON A MOTTLED OVAL GREEN BACKGROUND OUTLINED IN GREEN AND WHITE. THE SHADING OF THE OVAL GREEN BACKGROUND DEEPENS FROM THE AREA ABOVE THE WORD TO THE AREA BELOW THE WORD, ALL INSIDE A GOLD OVAL, OUTLINED IN GREEN.

SER. NO. 85-116,687, FILED 8-26-2010.

NAPOLEON SHARMA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,078,916